**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KHARMONIQUE MATADOR,

        Plaintiff,

v.                              Case No:  6:17-cv-1361-Orl-40TBS

CENTENE MANAGEMENT COMPANY
LLC and SUNSHINE STATE HEALTH
PLAN, INC.,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Approve FLSA Settlement and Dismiss the Action with Prejudice (Doc. 33) filed on February 2, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Notice of No Objection to Report and Recommendation (Doc. 35) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed February 5, 2018 (Doc. 34), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion to Approve FLSA Settlement and Dismiss the Action with Prejudice (Doc. 33) is **GRANTED**.

3. The Court **FINDS** the parties' settlement agreement (Doc. 33-1) to be a fair and reasonable compromise of a bona fide FLSA dispute.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 13, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties